952 So.2d 555 (2007)
Gloria J. SHARP, Alvin Sharp, her Husband, and Danny E. Sharp, by and through Gloria J. Sharp, Plenary Guardian, Appellant,
v.
Leonard S. LEICHUS, M.D., Medical Group of North Florida, P.A., Robert S. Frable, D.O., Grant Center Hospitals of Ocala, Inc., Wyeth, and TEVA Pharmaceuticals USA, Inc., Appellee.
No. 1D06-1315.
District Court of Appeal of Florida, First District.
January 22, 2007.
Alan B. Morrison, Stanford Law School, Stanford, CA, Ralph D. Pittle, Medical Legal Consultants of Washington, Bellevue, WA, and R. Vinson Barrett, Tallahassee, for Appellant.
Henninger S. Bullock, Mayer, Brown, Rowe, & Maw, LLP, New York, NY, Robert E. Biasotti, Edward W. Gerecke, and E. Kelly Bittick, Jr., Carlton Fields, P.A., St. Petersburg, FL, for Appellee Wyeth.
PER CURIAM.
AFFIRMED. See Foster v. Am. Home Prods. Corp., 29 F.3d 165 (4th Cir.1994).
WEBSTER, POLSTON, and HAWKES, JJ., concur.